**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CASE NO.: 5:25-cr-1-14 |
| COREY HILL, | |
| Defendant. | |

## **ORDER**

On May 21, 2025, the Court entered an Order Modifying Defendant's conditions of release. Doc. 497. Defendant's release was modified to require Defendant to participate in an in-patient program for substance abuse treatment at either Saint Illa Center located in Waycross, Georgia or another suitable in-patient treatment facility approved by the United States Pretrial Officer. Doc. 497. In the Court's Order, doc. 497, it erroneously stated that upon Defendant's completion of the program that his parents were to immediately return the Defendant to the Coffee County Jail. The Court intended—and stated during the hearing on this matter—that Defendant to be released on bond under the same bond conditions previously set by the Court upon Defendant's successful completion of the program.

The Court has been informed by the United States Pretrial Officer that Defendant has successfully completed an in-patient treatment program called for in the Court's Order. Doc. 497. After careful consideration, Defendant is **ORDERED** released on bond under the conditions of release previously imposed by the Court. Doc. 174.

Defendant is ordered to communicate with his supervising probation officer, as directed and must follow all instructions provided by the U.S. Probation Officer related to Defendant's conditions of release. Doc. 174.

**SO ORDERED**, this 26th day of June, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA